# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

06 mj 214

UNITED STATES OF AMERICA
vs.                                      CASE/CITATION NO. __P0L15430__

__Guillermo Castillo Gonzalez__  ORDER TO PAY

SOCIAL SECURITY #: _____
DATE OF BIRTH: __11/05/82__
DRIVER'S LICENSE #: _____
ADDRESS: __200 Peach Ct__
__San Jose__  __CA__  __95116__
CITY            STATE       ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENE IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESID ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEIN AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

FAX TO
Wendy
for files

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORF

DATE: __11/14/06__      __Guillermo Casti__
                        DEFENDANT'S SIGNATI

YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:

(✓) Fine: $ __435.00__ and a penalty assessment of $ __20.0__
AMOUNT OF: $ __455.00__ within __60 days__ days/months; c
month, commencing _____ and due on the _____
full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

USDC                              CLERK, USDC                    CLERK, USDC
CENTRAL VIOLATIONS BUREAU (SA)    1130 O STREET, RM 5000         501 "I" STREET
POST OFFICE BOX 740026            FRESNO, CA 93721               SACRAMENTO, CA 95814-2322
ATLANTA, GA 30974-0026

Your check or money order must indicate your name and case/citation number shown above to ensure your account is credited for payment received.

Date: __11-14-06__           __W. M. Wunderlich__
                             U.S. MAGISTRATE JUDGE

Clerk's Office

EDCA-3